UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SOUTH and LAURA N. SOUTH, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPOKANE TRANSIT AUTHORITY and AMALGAMATED TRANSIT UNION LOCAL NO. 1015,<br><br>    Defendants. | NO. CV-05-0066-RHW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (Ct. Rec. 17).

Accordingly, **IT IS HEREBY ORDERED**

1. The above-captioned case is **DISMISSED** without prejudice.

2. Defendant Spokane Transit Authority's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Ct. Rec. 6) is **DENIED** as moot.

3. Defendant Amalgamated Transit Union 1015's Motion for Dismissal of All Claims for Lack of Subject Matter Jurisdiction (Ct. Rec. 11) is **DENIED** as moot.

///
///
///
///

**ORDER DISMISSING CASE WITHOUT PREJUDICE** ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2    Order, forward copies to counsel, and close the file.
3    **DATED** this 13th day of January, 2006.

          s/Robert H. Whaley
          ROBERT H. WHALEY
          Chief United States District Judge

Q:\CIVIL\2005\South\dismiss.ord.wpd

**ORDER DISMISSING CASE WITHOUT PREJUDICE  ~ 2**